# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | JDK Group Solutions LLC | 2/23/2023 | 267383 | Check | $ 10,376.93 |
| | | | | | $ 10,376.93 |