**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, *et al.*, | |
| Plaintiff, | Adv. Proc. No. 25- 50281 (KBO) |
| v. | |
| JDK GROUP SOLUTIONS, LLC, | |
| Defendant. | |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to the above-captioned adversary proceeding (the "Adversary Proceeding") by Rule 7055 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Plaintiff George L. Miller, in his capacity as chapter 7 trustee of the bankruptcy estates for the above-captioned debtors, by and through his undersigned counsel, hereby requests that a default be entered against the above-captioned defendant (the "Defendant") in the above-captioned adversary proceeding (the "Adversary Proceeding") based on the details set forth in the Declaration of Evan T. Miller

---

[1]     The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

in Support of Plaintiff's Request for Entry of Default (the "Miller Declaration") attached hereto

as **Exhibit A**.  A form of Entry of Default is attached hereto as **Exhibit B**.

Dated: August 26, 2025                      **SAUL EWING LLP**

                                            */s/ Evan T. Miller*
                                            Evan T. Miller (DE Bar No. 5364)
                                            Paige N. Topper (DE Bar No. 6470)
                                            1201 N. Market Street, Suite 2300
                                            Wilmington, DE 19801
                                            Telephone:  (302) 421-6800
                                            evan.miller@saul.com
                                            paige.topper@saul.com

                                            and

                                            Michelle G. Novick (admitted pro hac vice)
                                            161 North Clark Street, Suite 4200
                                            Chicago, IL 60601
                                            Telephone: (312) 876-7899
                                            michelle.novick@saul.com

                                            and

                                            Turner N. Falk (admitted pro hac vice)
                                            1500 Market Street, 38th Floor
                                            Philadelphia, PA 19102
                                            Telephone: (215) 972-8415
                                            turner.falk@saul.com

                                            *Counsel to Plaintiff*